IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MARCUS CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-2550-JWL |
| v. | ) | |
| | ) | |
| BRADLEY THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon joint motion (**doc. 15**) of defendants Bradley Thomas, and the members of the Kansas City Missouri Board of Police Commissioners in their official capacity, and plaintiff Marcus Clark, and for good cause shown, the Court orders that the documents produced by Bradley Thomas and the Kansas City Board of Police Commissioners relating to the plaintiff's allegations, to be disclosed, or already disclosed, by defendants to plaintiff's counsels, are not to be disclosed by plaintiff's counsels to their client.  The documents subject to this order includes personnel files and Internal Affair's files which may be disclosed to the plaintiff or the plaintiff's attorneys in relation to this lawsuit.

By stipulation of the parties, this order may be amended at a later date to include additional information, which is not yet identified, which also needs to be protected by this order.

Plaintiff's counsel may have access to the documents, but may use them solely for this litigation.  Plaintiff's counsels shall not share the specified documents with their client, or use the disclosed documents in any other litigation, cause or matter.  If a party wishes to use any of the documents subject to this protective order in any affidavits, briefs, memorandum of law, oral argument, or other papers filed in this court in this litigation, such papers or transcript may be filed

under seal only upon separate, specific motion and later order of the court.[1]  Plaintiff's counsels may use the documents disclosed under the protective order for the duration of this litigation.  Within thirty days of the resolution of this litigation, plaintiff's counsels agrees to return all specified documents, and all copies of the specified documents made at the direction of plaintiff's counsel, in their entirety, to counsel for the defendant.

    IT IS SO ORDERED.

    Dated this 15th day of March, 2006, at Kansas City, Kansas.

                                              s/ James P. O'Hara
                                              James P. O'Hara
                                              U.S. Magistrate Judge

---

[1] *See Holland v. GMAC Mortgage Corp.*, No. 03-2666, 2004 WL 1534179, at *1-*2 (D. Kan. June 30, 2004) (citations omitted).